

2005 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

10-20-2005

# In Re:Congoleum Corp

Precedential or Non-Precedential: Precedential

Docket No. 04-3609

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2005

Recommended Citation

"In Re:Congoleum Corp " (2005). *2005 Decisions.* Paper 290.
http://digitalcommons.law.villanova.edu/thirdcircuit_2005/290

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2005 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 04-3609

_____

IN RE: CONGOLEUM CORP., ET AL.,

CENTURY INDEMNITY COMPANY, AS SUCCESSOR TO CCI INSURANCE
COMPANY, AS SUCCESSOR TO INSURANCE COMPANY OF NORTH
AMERICAN; ACE AMERICAN INSURANCE COMPANY f/k/a CIGNA
INSURANCE COMPANY; ACE PROPERTY & CASUALTY INSURANCE
COMPANY f/k/a CIGNA PROPERTY & CASUALTY INSURANCE COMPANY,
Appellants

vs.

CONGOLEUM CORPORATION; CONGOLEUM SALES, INC.;
CONGOLEUM FISCAL, INC.
Appellees

_____

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
(D.C. Civ. No. 04-cv-01709)
District Judge: Honorable Stanley R. Chesler

_____

Argued July 15, 2005
Before: SLOVITER, McKEE and WEIS, Circuit Judges.

Filed October 13, 2005

_____

**ORDER AMENDING OPINION**

_____

AND NOW THIS 20th day of October, 2005, it is hereby ORDERED that

the caption on the Opinion in the above entitled case be amended to reflect counsel's

appearances as follows:

Tancred V. Schiavoni, Esquire (ARGUED)
Jonathan J. Kim, Esquire
O'Melveny & Myers LLP
7 Times Square
Times Square Tower
New York, New York   10036

Marty F. Siegal, Esquire
Siegal & Napierkowski
220 Lake Drive East
Cherry Hill, New Jersey 08002

Leonard P. Goldberger, Esquire
White & Williams LLP
1800 One Liberty Place
Philadelphia, PA 19103

Attorneys for Appellants Century Indemnity Company; Ace American Insurance
Company; Ace Property & Casualty Insurance Company

Kerry A. Brennan, Esquire (ARGUED)
Richard L. Epling, Esquire
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, New York   10036

Paul S. Hollander, Esquire
Okin Hollander & DeLuca, LLP
One Parker Plaza
12th Floor
Fort Lee, NJ 07024

Attorneys for Appellees Congoleum Corporation, Congoleum Sales, Inc., Congoleum
Fiscal, Inc.

Richard W. Hill, Esquire (ARGUED)
Rachel L. Diehl, Esquire
Kevin J. Licciardi, Esquire
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102

Attorneys for Gilbert Heintz & Randolph, LLP

BY THE COURT,


/s/ Joseph F. Weis, Jr.
United States Circuit Judge


DATED: October 20, 2005
DMM/cc: Richard L. Epling, Esq.
   Kerry A. Brennan, Esq.
   Paul S. Hollander, Esq.
   Tancred V. Schiavoni, Esq.
   Richard W. Hill, Esq.